IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 07-227M |
| JULIO GONZALEZ, | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR ARREST WARRANT**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and hereby moves this Honorable Court to issue a warrant for the arrest of Julio Gonzalez, based upon a Criminal Complaint signed on November 13, 2007, because the defendant has not yet been apprehended on that Complaint.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney

Dated: November 13, 2007

**AND NOW**, to wit, this ___13th___ day of ___November___, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant for the arrest of Julio Gonzalez be issued.

_____
Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware