*Gov't filed in open court on 11/15/07 (RIG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-227M |
| ) | |
| JULIO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Criminal Complaint and the entire file as to the above-captioned defendant.

FILED

NOV 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: November 15, 2007

IT IS SO ORDERED this 15th day of November, 2007.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Court